

Case:2:12-cv-12776
Judge: Steeh, George Caram
MJ: Michelson, Laurie J.
Filed: 06-25-2012 At 12:38 PM
CMP ARZEL L. FOSTER III V WELLS FAR
GON BAK, ET AL (LG)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION
### 133 Federal Building & U.S. Court House
### Detroit, Michigan 48226

**ARZEL L. FOSTER 111**
**P.O. BOX 35322**
**DETROIT, MICHIGAN 48235-0322**          **DEMAND FOR JURY TRIAL**

    **PLAINTIFF (FORMA PAUPERIS)**          **DEMAND FOR U.S. MASHALL SERVICE**

**Vs.**

**WELLES FARGON BAK, N.A. ON BEHALF OF THE CERTIFICATEHOLDER**
**PARK SECURITIES, INC. ASSET BACKED PASS- THROUGH CERTIFICATES**
**SERIES 2005-WCWI**
**5401 N. BEACH St- STOP FWTX-828. FORTWORTH, TX 76137-2733**

**DONALD J. KING (P55358) & TROTT & TROTT, P.C. ET, all**
**RYAN BARR (P68047) Of TROTT & TROTT**
**314 40 Northwestern Highway, Suite 200**
**Farmington Hills, Michigan 48334-2525**
**248-723-6452**

**STATE OF MICHIGAN JUDICIAL COURT & JUDGE SUSAN M. MOISEEV (P27303)**
**46th DISTRICT COURT**
**26000 EVERGREEN ROAD, SOUTHFEILD, MICHIGAN 48076-4453**

**NORTH AMERICAN REAL ESTATE, ET, all (MICHELLE GIRARD) and (ANTHONY**
**CARTWRIGHT, JR)**
**24450 EVERGREEN ST-104**
**SOUTHFIELD, MICHIGAN  48075**
**248-497-9881**

**DEPARTMENT OF THE TREASURY**          **BANK OF AMERICA, N.A. ET.all**
**IRS**          **Att: DVN**
**CINCINNATI, OHIO 45999**          **P.O. Box 1140**
                                **Simi Valley, CA 93062-1140**

           **DEFENDANT**

## FIRST –AMENDED COMPLAINT
### JURISDICTION AND VENUE

# EMERGENCY MOTION
# MOTION TO VACATE AND DISMISS TO EVICT MCR 2.116

### FACT§

**MENORANDUM OF LAW AND POINT OF AUTORITY IN SUPPORT TO VACANT A**

**VOID JUDGE/MOTION FOR INJUNCTIVE FROM LOWER COURT 46th COURT AND**

**ECLARATORY RELIEF.** This court has jurisdiction under 28 U.S.C. 1331 and 1341. Chapter 85 –

Federal District Court, Jurisdiction. Sec. 1331 Federal question (June 25, 1948, ch.646, 62 Stat. 930

Pub. L. 85-554, Sec. 1 June 25 1958, 72 Stat. 415; Pub. L. 94-574, Sec, Oct 21, 1976, 90 Stat, 2721; Pub

L. 96-486, Sec 2 (a), Dec 1, 1980 Stat. This action is also a violation of 42 U.S.C. § 3601 et seq. (Fair

Housing Act), 15 U.S.C. § 1691 et seq (Equal Credit Opportunity Act) and 42 U.S.C. § 1981 et seq.

(Civil Right Act). **This Court has original jurisdiction over this action pursuant to 28 U.S.C. §** 1391

because Defendants is corporation subject to personal jurisdiction in this Federal District Court. The

amount in controversy exceeds $75,000.00 Dollars exclusive of interest, costs and attorney fees.

The Defendants file and evict motion in 46th State District Court on in Judge Susan M. Moiseev court.

Donald J. King and Ryan Barr file a motion to evict Plaintiff from said home 19165 Midway Road, in

Southfield, Michigan. Also the evict, foreclosures by Wells Fargon Bak, N.A. on behalf of the

Certification holders park Place Securities, Inc. Asset-Backed Pass-Through Certificates series 2005 –

WCWI who address in Fort Worth, TX . (1). A copy of the will be exhibits 1, this defendant file a

motion the for evict on date exhibit (2) May 30, 2012 and did not receive until June 7, 2012, Plaintiff

call court and call with Judge Susan M. Moiseev head clerk to inform that it a on going case in U.S.

Court Of Appeals case no. 10-1851 2010, so the change the date State Court to July 12, 2012 in JudgeMoiseev court, and why the date was change because I explain from is a active case going, and file the paper to show that, without warranty Donald J. King of Trott & Trott, P.C. came to court after mailing that case was move July 12, 2012 at 46th district court (3) exhibit. (4) **The action that was in the State court back in April 6, 2007 case LT-071097, Judge Moiseev again abuse her power by granting a foreclosure to Wells Fargon Bak, N.A. and giving the plaintiff in the State court judgment when, Plaintiff Mr. Foster 111, and all party were in the United State Ferderal District Court, Judge Moiseev abuse by granting when we were in court all ready that rule is void and the lower state court had no jurisdictions and venues to rule over one thing.  Exhibit (5) Plaintiff Mr. Foster 111, have been** harass **by North American Real Estate agent for Bank of America to move out of say property, posting items on the door and the door was left wide open to let Plaintiff know they been there, and letters and phone call by BANK OF AMERICA asking that they have full control of say property and have the mortgage note as servicer and Plaintiff owe $642,377.02 to payoff loan and interest cost, so say Bank Of America, N.A. . Exhibit (6)  deed state I owe $377, 940.58/100 say Donald J. King of Trott &Trott, P.C and Wells Fargon Bak , N.A.**

Plaintiff Mr. Foster 111 when to Oakland country to pull the record of the foreclosure action of the

Sheriff's sale , the first clerk at Oakland Country stated that the was redeem for $150,00.00 dollars back in August 2007.  As of 6-15-2012 when Plaintiff receive information from Oakland County that no money change hand. Plaintiff Mr. Foster asks could I get a copy of the record and I was told they could not give it out! (7) Exhibit Oakland County Taxes.  (8) Exhibit Clerk from 46th State District Court Order Defendant Mr. Foster 111 in the State lower court to pay one month payment on say property at 19165 Midway RD Southfield, Michigan 48075  $3,200.00/100 Dollars on Monday June 25, 2012,

before 4:00 pm. Order by Judge Susan M. Moiseev abuse her power again in State lower case which as fraud your Judge Moiseev will issue an order to evict Mr. Foster from said property.

**Plaintiff reserve the right for Jointer and amend the complaint add** Defendants

46th State Of Michigan District Court new case  (May 30, 2012 Case No. LT 12-2860)

46th State Of Michigan District Court old case ( April 6, 2007 Case No. LT -07-1097)

U.S. Court Of Appeal  Case No. 10-1851 (2012)

United States Federal  District Court Eastern District of Michigan old case (07-11250  March  2007)

## FACT

### First Choice Financial Inc.

### Argent Mortgage Company, L.L.C. ET all

Appellant back in April 2005 for residential mortgage with First Choice Finance Service with Mrs.

Hays as say to be a mortgage broker with said company located at 20700 Civil Center Dr. St-170

Southfield, Michigan 48075. I was approval for mortgage with about three or four bank at the time,

and Ameriquest Mortgage Company, ET, all but we did not do the loan with, Chase Bank was one of

the other bank that the appellant was approve with. Mrs. Hays said to appellant you can get a better

rated if we did use your wife on the mortgage note, **not knowing the wrong or the right of**

**rule,** Mrs. Hays said she would put it in as unmarriage man so you can get a better rated and she

did. The appellant was waiting on closing paper work to read and review for the closing. Mrs. Hays

gave the appellant some closing document from the Ameriquest Mortgage Company, not the whole

package, only the part Mrs. Hays said that the appellant needed to read, it would be the same paper

work but it would be with Argent Mortgage Company and appellant would get a better rated.

Appellant did not receive closing document until on the four day of the closing to review, and

closing was set at Mrs. Hays office on the April 28, 2005, appellant did receive paper until April 24,

2005 and it was after 5:00pm at her office. The day of the closing appellant paper from Mrs. Hays

the day of the closing, and I ask Mr. Steve Refeman attorney at law, to come with appellant to the

closing and he did, we receive papers at said office, Mrs. Hays to read and there were more paper

than appellant had been giving to read in a short period of time, appellant said to Mrs. Hays there

more paper here that just receive a complete package from Argent mortgage just this afternoon, and

Mrs. Hays said it not a big thing just extra document with Argent mortgage name on it and rate, so

2

appellant trust in Mrs. Hays and staffs I was working with, and believe in Argent Mortgage had a good product and would treat appellant right , appellant had faith in the complete team at First Choice Finance Service, in handling appellant new mortgage. (Docket No.49) (Docket No.53) Appellant have been requesting under Federal Rule (44) (a) (1) (A) (B). Defendants-Appellees have violate Rule 37 (c) (1) Failure to Disclose, or Supplement. If a party fails to provide information or 2 copies of closing document, that Argent Mortgage and First Choice Financial did not have or give to Plaintiff-Appellant two copy a charge rescind 12 C.F.R. & 226.23(b)(1) (2007) or appellant did not have a change of right to rescind mortgage, creditor give or Notice of Right to Cancel as required by the Truth in Lending Act, 15 U.S.C. & 1601 et Esq. , how the two defendant Argent mortgage and First Choice financial for Fraudulent conveyances Rule 18 (a), (b), Rule 9 (b), Rule 37 (c) Failure to Disclose; False or Misleading Disclosure; Refusal to Admit required by Rule 26(e)(2) along with Rule 37 (b)(2)(A), (B), and (C),. Plaintiff- Appellant also claim allegedly fraudulent action arising doing litigation with court, along with Residential Fraud and deceptive Practices Act; the whole thing by all Defendant- Appellees is Rackeketeer Influenced and Corrupt Organization Act (RICO) claim (1). Argent Mortgage Company and First Choice Financial cause of action interference with contract requires a contract, the right way, an intentional act, calculated to cause damage to plaintiff that interferes with the contract, and proximate cause of actual damages to plaintiff. **Torts 379 – 245** (2) Defendant-Appellees (3) Abuse of Process (4) libel and Slander, Slander of property or Tile, Slander of Plaintiff –Appellant credit and name 237-133 (4), Antitrust and Trade Regulation (Statutory Unfair Trade Practices and Consumer Protection (5) 306 Postal Service 306111 Offenses Against Postal Laws, use of mail to defraud, (RICO) claims are scheme to defraud by means of false or fraudulent representation, interstate or intrastate use of mail to execute a scheme, and actual injury to plaintiff, 18 U.S.C.A && 1961 (10, 1962(a-d).

3

(5) (RICO) claim, can either legal entity or association in fact" enterprise, 18 U.S.C.A. & 1962(a-d).

(6) Separateness from Predicate Acts. Pattern or Persons. Most Cited Case (RICO) claim alleging that person employed or associated with enterprise conducted enterpriser's affairs through pattern of racketeering activity, person' must be distinct from " enterprise " 18 U.S.C.A & 1962(c ). (7) (RICO) claim alleging acquisition or maintenance of interest in enterprise through pattern of racketeering activity, person and enterprise may be one and the same. 18 U.S.C.A. & 1962(b). Plaintiff-Appellant also claim that Appellees-Defendants, its counsel, and its litigation consultant and unnamed others engaged in nation wide scheme to defraud Appellant-plaintiff out of family home and the Federal District Court wrongfully denying Plaintiff to file mo0tion and reinstate Plaintiff case because Plaintiff-Appellant did not receive motion to answer back to Federal District Court.

Federal District Court such Reinstated with Demand for Jury Trial, and Federal Marshall Service In with Plaintiff been asking for in Federal District Court.

NOTE: **All expect that have look at my case say that I been treated unfair by Federal District Court in not granting Plaintiff-Appellant a Trial by Jury Demand, because Defendant-Appellees would loose there case, plaintiff-appellant is starting to get some of the same treatment by the U.S. Court of Appeal. Request for appointment of Counsel is my right to have under Rule 22 U.S.C. & 2241, & 2254 or & 2255 case, the clerk shall appoint counsel if the petitioner is a pauper. Defendant-Appellees also did not file Corporate Disclosures Statement with Federal District Court and Plaintiff-Appellant were not sending a copy of them FRAP 26.1 (a), (b), (c) also under 6 Cir R.26.1 (a0, (b), (2) ,(c). Defendant-Appellees Argent and First Choice Financial had Plaintiff-Appellant to sign documents to say Plaintiff is unmarriage man to get a better rated on the loan Mrs. Hays and the underwriter from Argent Mortgage Co.**

4

**Violate the Michigan Real Property Law 8.2 (EPIC), MCL 700.1101 et seq. 1998 PA 386 effective April 1, 2000. EPIC, 2000 PA 54, MCL 558.1-29, MCL 700, 2202(1), MCL 558.1., also violate MCL 555.10 (1), Defendant-Appellees also violated 555.9 (3), 555.6 (2), MCL 566.33, 566.34, Plaintiff-Appellant need relief under MCL 566.37.**

MCL 7.**10.3 Negligent Misrepresentation** all of Defendants-Appellees Bank MCL 7.1 Non-RESPA Challenges to Mortgage Servicing Abuses not sending notification on who the servicer is, and who you send your payment. In addition to this statutory claim, a number of common law claims may be asserted against the servicer. Breach of contract and breach of fiduciary duty are two of the most common claim asserted against servicers. In addition, a number of tort law claims **may** be available.

**MCL 7.2 State Unfair and Deceptive Acts and Practices Statutes**

The Defendant-Appellees violated this act. All state except Iowa offer a private cause of action to consumer and the typical statute allows enhanced remedies such as statutory damages, treble damages punitive damages, or attorney fees. Country Wide Home Loan initiating foreclosure along with Well Fargon Bak, N.A. on behalf of the Certificate holders Park Place Securities, Inc Asset-Backed Pass-though Certificates Series 2005-WCWI, when the Plaintiff-Appellant was not in foreclosure, (2), .

5

# FACT

**Plaintiff- Appellant** mortgage was taken with Argent Mortgage Company 0077422979-9703 that was not license at the time in State of Michigan and Mortgage Broker person Mrs. Hays that work for First Choice Financial, at the time Mrs. Hays was not license as an agency for the company to do write or convey the processing of the mortgage. Said loan was transfer by Argent Mortgage to Wells Fargon Bak, N.A. on behalf of the Certificate Holder Park Place Securities, Inc Asset Backed Pas- through Certificates Series 2005-WCWI, Plaintiff-Appellant was not send paper work of transfer or note was sold to say Defendant-Appellees. Also Appellant was not notify of transfer of mortgage to AMC Mortgage account 0077422079, and was notify of transfer to Ameriquest Mortgage account 0127321941-7345, was not notify of transfer to Country Wide Home Loan account 071104393, and Plaintiff-Appellant was not notify of transfer to Bank of American, N.A. 071104393 this notify was send Plaintiff-Appellant in May 15, 2012 about the mortgage and said mortgage was transfer from BAC Home Loan Servicing that the Plaintiff was not notify of transfer or that BAC had it. Message about loan with Defendant- App-ellees Bank of American saying Plaintiff-Appellant owe  as of July 2, 2011 $642,377.02, and here again Defendant is playing with the name and saying the debt is owe to Wells Fargo (2005-WCWI) GP2 the name kept changing and that fraud that been put into all the court as Wells Fargon Bak, N.A. All of this fraud under Plaintiff-Appellant have outline in this motion (1) Fraudulent Conveyance Act and MCL 555.6 (2) Constructive trust may be based upon breach of fiduciary or confidential relationship, misrepresentation, concealment, mistake, undue influence, duress or fraud. Grasman v. Jelsema (1976) 246 N.W. 2d 322, 70 Mich.App. 745. Trust-91. A

6

'constructive trust" is impressed upon property to which title has been obtained through fraud, misrepresentation, concealment, undue influence, duress, or other unconscionable circumstances. Fred L. Alpert Industries, Inc. v. Oakland Metal Stamping Co. (1966) 141 N.W. 2d 671, 3 Mich. App. 101. MCLA 8.1 violate this by Argent Mortgage Company, Mrs. Hays of First Choice Financial, the mortgage was for $351,000.00 Three Hundred Fifty on Thousand and 00/100 Dated April 28, 2005 (C) Lender Argent Mortgage Company, LLC organized and existing under the law of Delaware, fraud on paper work by Defendanr-Appellees that Plaintiff-Appellant have never receive a copy of close documents, at signing, because say copyer was not working that day, and was ask to come back and get closing paper work until sometime in later part of the year in 2005. or in 2006 when foreclosure started, note were pay when foreclosure started and Defendant-Appellees found out that payment were made, Defendant did stop foreclosure action, which is fraudulently obtain or attempts to obtain a decree of registration of tile and property or interest therein (2) offers in evidence any forged or fraudulent document in the course of any proceeding with regard to registered property any interest therein transfer or any other paper, writing, or document used in connection with any of the proceedings required …or the notation of entries upon the register of titles; (4) steals or fraudulently conceals any owner's certificate, creditor's certificate, or other certificate of title provided for under this article; (5) fraudulently alters, changes, or mutilates any writing, instrument, document, record, registration or register provided for under this article; (6) makes any false oath or affidavit with respect to any matter or thing provided for in this article; or (7) makes or knowingly uses any counterfeit of any certificate provided for by this article shall be guilty of a felony and shall be punished by imprisonment for not less than one nor more than ten years.

Any clerk, … or other person… who: (1) fraudulently enters a decree of registration…; (2) fraudulently registers any title; (3) fraudulently makes any notation or entry upon the title register; (4) fraudulently issues any certificate of title, …or other instrument…; or (5) …does any act of omission or commission under color of his office in relation to the maters provided for by this article shall be guilty of a felony and shall be removed from office and be permanently disqualified from holding any public office and shall be punished by imprisonment for not less than one nor more than ten years. In this case the Mortgage was foreclosed and Wells Fargo did not purchased said property at Sherriff's Deed of Foreclosure Sale, and Plaintiff failure to redeem which is not true, Plaintiff-Appellant made every attempt to redeem property with Don King of Trott & Trott, P.C. at there office not only said property but other property Plaintiff had under contract that Trott & Trott had. Plaintiff- Appellant was approving to pay every property in question. Sherriff purpose was made by Wells Fargon Bak, N.A. of behalf of the Certificate holders Park Securities; Inc. Defendant -Appellees are fraud playing names in all the courts with Wells Fargo and Wells Fragon Bak, N.A. and Assignment Of Mortgage by putting in writing after the fact Place Securities, Inc. Asset- backed pass-through Certification Series 2005-WCWI That is fraud in changing documents after the fact. Plaintiff-Appellant asking this court to have Defendant-Appellees to product **all original documents that were sign and came up missing at the closing and never had original at title company.**

## **VERIFIED COMPLAINT PARTIES**

**Plaintiff-Appellant** this is part of following claims for relief:

1. Plaintiff-Appellant resides in Oakland country, MI

2. Defendant, Trott & Trott P.C. ('Trott") is considered a debt collector" as contemplated by the Fair Debt Collection Practices Act (FDCPA)

3. Specialized Loan Servicing, LLC, ("SLS") is a "creditor principal" under the Michigan Debt Collection Practices Act, M.C.L. §445.251(b); alternatively SLS is a "creditor" according to the definitions in M.C.L. §339.901(c).

4. Trott and Trott ("Trott") is a "regulated person" under the Michigan Debt Collection Practices Act, M.C.L. §445.251(g)(xi); alternatively Trott is a "collection agency" according to the definition in M.C.L. §339.901(b)(xi).

5. Mortgage Electronic Systems, Inc., ("MERS"), is an agent and nominee of SLS, and was created by the mortgage banking industry to streamline the mortgage process by using electronic commerce to eliminate paper.  MERS' liability

## JURISDICTION

6. The lawsuit, being brought pursuant to 15 USC §1681 ET seq, presents a Federal question and as such, jurisdiction arises under 28 U.S.C. §1331 and 15 U.S.C. §1681 et seq.  Plaintiffs ask this Honorable Court to exercise supplemental jurisdiction over the related state law claims arising out of the same nucleus of operative facts that give rise to any federal law claims under 28 U.S.C. §1367.

7. Venue in this Court is proper under 28 U.S.C. §1391 in that the events giving rise to this action occurred in this district, also because of the value of the Home $351,000.00

8. This court has jurisdiction under FDCPA 15 U.S.C. § 1692k (d) and 28 U.S.C. §1331 and §1337.

## GENERAL ALLEGATIONS

9. Defendant Argent Mortgage is a One City Boulevard West, Orange, CA 92868, doing business in Michigan with its registered agent.

10. Defendant Trott is a Michigan Professional Corporation, with its registered agent David A. Trott, maintaining an address at 30400 Telegraph Road, Suite 200, Bingham Farms, MI 48025

11. Defendant MERS is a Colorado Corporation authorized to do business in Michigan. Mers is liable for all claims herein, as an agent of SLS.

## FACTUAL ALLEGATIONS

12. The IRS have contact Plaintiff-Appellant, because the IRS say on 1099 provide by the bank, Country Wide Home Loan, Bank of America, N.A. and Wells Fargon Bak, N.A. on behalf of the Certificate holders Park Place Securities, Inc..

ARZEL L. FOSTER 111                          Case

    Plaintiff-Appellant                   Case

V

ARGENT MORTGAGE COMPANY, LLC
AMC MORTGAGE
AMERIQUEST MORTGAGE
BANK OF AMERICA, N.A.
WELLS FARGON BAK ,N.A.
WELLS FARGO BANK, N.A.
FRIST CHOICE FINANCIAL
TROTT & TROTT, P.C. and MERS


# MOTION FOR ADDITION TIME FOR AFFIDAVITS TO EXPAND

## JOINDER OF CLAIM AND PROPERTIES


Rule 7.1(A) (b), (f),

Rule 3 7.1 (b),

Rule 13 (h) Joiner of Additional Party

Plaintiff-Appellant need to expand say case, or Plaintiff asking this Honorable Court to reinstate all of first amended complaint on all party. Plaintiff-Appellant have been harass by Bank of America over pass year about the money that owe, receive phone call, there agent North American Real Estate calling me repeatedly about moving and Bank of America they said stated they owe the note and have pay all party off . My Exhibits will show items on some of thing I been complaining about in Federal District Court, U.S. Court of Appear and State District Court all been a fraud and RICO action in all three courts, and Plaintiff-Appellant, (1) conduct, (2) of an enterprise, (3) through a pattern (40 of racketeering activity, along conspiracy .

## REQUEST FOR RELIEF OF CLAIM

Plaintiff respectfully requests that this Honorable:

a) Actual Damages        $5 Million Dollars

b) Statutory Damages;  1.5 Millions Dollars

c) Punitive Damages:  $2.5 Million Dollars

d) Treble Damages: cost mortgage owe $378,000.00 dollars, and clear title.

e) Time and fees and cost provided by statue;

f) An order from this Honorable Court voiding the foreclosure on Plaintiff-Appellant property by Wells Fargon Bak, N.A. on behalf of the Certificate holders Park Place Securities,Inc., Bank Of American's. , Don King of Trott & Trott, P.C., and North America Real Estate agency for Bank Of America by Michelle Girard and Anthony Cartwright Jr.  248-352-1335

12

g) Plaintiff-Appellant his willing to adjust Plaintiff claim for relief, Plaintiff is asking 20 Million Dollars from Defendants-Apelles.

h) Reinstate defendant motion in Federal District Court did not receive there were four along with the last Motion that was not answer because I did not receive it Federal District Court.

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the forgoing Motion was delivered or mail to,

Mr. David A. Breuch Clark Hill 500 Woodward Ave St- 3500 Detroit, MI 48226

Michelle T. Thomas Bodman LLC 1901 ST Antoine St- Sixth Floor, Detroit, MI 48226

Mr. Arzel L. Foster 111

313 - 744 - 3009

# EXHIBTS 1

On problem Plaintiff been having with Bank of America, N.A. and there agent

North American Real Estate posting on door three and calling numerous time on the

phone asking to move and Bank of American asks them to handle the matter. Plaintiff

call Bank of American see about the problem, and plaintiff was told that bank of

American has control and all obligation and title.

14

# Relocation Assistance
## SCRA Occupant Instructions

Bank of America would like to assist you in your transition out of your home. By receiving this packet of information, you are being offered relocation assistance in exchange for a timely move-out. These instructions will help you through this process and give you key information you will need to quickly obtain your relocation assistance. To complete the process and receive assistance, you will need to review the materials in your Relocation Assistance Packet, fill out the Form W-9, sign all forms and fax or mail to Bank of America within **FIVE** days.

**To Receive Relocation Assistance Quickly:**
- Complete and verify all documents are legible and completed with initials, signatures, dates and requested information where indicated.
- Fax completed forms to **1.866.504.0940** for faster delivery.
- For questions, contact the assigned real estate agent or attorney, or call Customer Care at **1.866.781.0029**.

**Where Do I Send Forms?**

**Fax:** **1.866.504.0940**　　or　　**Mail To:** Bank of America – REO Pre-Marketing
TX2-983-03-05
2375 N. Glenville Drive
Richardson, TX 75082

**Relocation Assistance Packet includes:**
- Occupant Relocation Assistance Instructions
- Move-Out Agreement
- Personal Property Release
- Form W-9
- SCRA Waiver (This form applies only if you are an active duty military servicemember.)

**NOTE:** Our real estate agent or attorney must not collect any documents in this packet and submit them on your behalf.

**Move-Out Agreement**
The Move-Out Agreement provides the terms and conditions that must be met to receive relocation assistance.

To complete this agreement, initial each page and sign the document.

**Personal Property Release**
Personal Property Release must be signed and dated.

Please Note: All personal items need to be removed from the property by the move-out date. Property must be left in broom-swept condition per the Move-Out Agreement. If any items are left from previous owners, contact the attorney.

**Form W-9**
Form W-9 is an IRS tax form necessary to generate the Relocation Assistance Check. W-9 requires full legal name, address, Social Security number or Taxpayer Identification Number and signature and date.

**SCRA Waiver**
This form allows you as an active duty servicemember to receive monetary compensation in return for accepting Relocation Assistance from the bank. Please contact the assigned real estate agent or attorney, or call Customer Care at **1.866.781.0029** if you did not receive a copy of this form.

# Relocation Assistance
## SCRA Occupant Instructions

**Protecting Your Information**

Bank of America strives to protect your personal information by asking occupants to complete the relocation assistance packet and fax or mail completed forms to Bank of America. Our attorneys are directed not to obtain and submit the enclosed documents on the occupant's behalf.

**Access to Property**

Bank of America may require access to the property before the scheduled move-out date to obtain a current valuation. You are required to allow access and to cooperate with Bank of America during this process.

**To Receive the Check**

Work with the real estate agent to schedule a time to meet at the property on the move-out date.

On the move-out date, the real estate agent will meet you at the property for inspection to verify all terms of the Move-Out Agreement have been met. The real estate agent will confirm the property is in "broom-swept" condition with no personal items left behind. If all conditions have been met, the real estate agent will deliver the check to the occupant on the scheduled move-out date.

**Check Acknowledgment Form**

Once the inspection is complete and the real estate agent delivers your check, you are required to sign and date the Check Acknowledgment Form. The real estate agent will provide this form for your signature to confirm receipt of the check. Receipt of the relocation assistance check may be considered taxable income. The real estate agent will submit the signed and dated Check Acknowledgment Form on your behalf.

**Questions**

If you have any questions, please contact the assigned attorney or call Customer Care at **1.866.781.0029.** If you were assigned a Customer Relationship Manager (CRM) previously, feel free to contact that person if you should have any questions.

# MOVE OUT AGREEMENT

**REO ID # <u>00167043</u>**

This Move Out Agreement ("Agreement") is entered into as of **<u>MAY 17, 2012</u>** by and between Bank of America, N.A., and all other occupants of the Property, as defined below, ("Occupant").

     WHEREAS, Bank of America, N.A. acquired through foreclosure sale and subsequent Trustee's Deed all of that real property with improvements thereon commonly described as **<u>19165 MIDWAY RD</u>** City of **<u>SOUTHFIELD</u>** County of **<u>OAKLAND</u>** State of **<u>MI</u>** ("Property").

     WHEREAS, Bank of America, N.A. is entitled to initiate eviction proceedings against the Occupant to remove the Occupant from the Property, and such proceedings have commenced.

     WHEREAS, Bank of America, N.A. and the Occupant have agreed that the Occupant will vacate the Property on the terms and conditions contained herein.

     **NOW, THEREFORE, the parties agree as follows:**

     **1. <u>Move Out Date</u>.** The Occupant has agreed to vacate the Property on or before **<u>JUNE 17, 2012</u>** (the "Move Out Date").

     **2. <u>Payment to the Occupant</u>.** Bank of America, N.A. shall pay to the Occupant the sum of **(<u>$4333.00</u>) <u>FOUR THOUSAND THREE HUNDRED THIRTY THREE DOLLARS AND ZERO CENTS</u>** if the Occupant vacates the Property on or before the Move Out Date, and the Occupant fully complies with all of the terms and conditions in this Agreement.

     **3. <u>Condition of Property</u>.** During the time the Occupant continues to occupy the Property, the Occupant shall keep the Property in good and safe condition, reasonable wear and tear excepted. Bank of America, N.A. shall have no obligation to make any repairs to the Property. All fixtures, including but not limited to, built-in appliances, shall remain at the Property after the Occupant vacates the Property. Upon move out, the Property shall be left broom clean by the Occupant.

     **4. <u>Access to Property</u>.** Occupant shall allow Bank of America, N.A. and any of its employees or agents access to the Property, to determine the value of the Property. The Occupant shall also allow Bank of America, N.A.'s agent to place a sign on the Property advertising the Property for sale and to show the Property to prospective tenants or buyers provided Bank of America, N.A. gives the Occupant forty-eight hours (48) hours prior notice. The Occupant shall not unreasonably deny Bank of America, N.A. or any of its employees or agents access to the Property.

     **5. <u>Representations and Warranties</u>.** The Occupant represents, warrants and agrees as follows:

     a. The Occupant is the only person(s) occupying the Property; and

     b. The Property may be covered by or subject to statutes, laws, regulations, rules, or ordinances ("Laws") that relate to rent stabilization or rent control, and acceptance of the payment set forth in paragraph 2 above is in lieu of any amounts due under such Laws, or any similar Laws.

     **6. <u>Costs and Expenses</u>.** If either party to this Agreement commences an action or proceeding to enforce its rights under this Agreement or to construe any provision of this Agreement, the non-prevailing party in such

Occupant Initials _____, _____

action or proceeding shall pay all costs and expenses incurred by the prevailing party (who shall be the party who obtains substantially the relief sought by such party, whether by settlement, compromise or judgment), including, without limitation, all court costs and all reasonable attorneys' fees.

**7. Eviction Proceedings.**  Notwithstanding any of the foregoing, Bank of America, N.A. may, at its discretion, initiate, continue, postpone, maintain or hold in abatement, any eviction proceeding against the Occupant to remove the Occupant and his or her personal property from the Property. However, the Occupant will not be locked out or removed from the Property prior to the earlier of (i) Move Out Date; or (ii) a breach of this Agreement by the Occupant. Activity performed in connection with a lawful eviction proceeding, including, but not limited to, service of process or attendance at any eviction proceeding, is not a breach of this Agreement.

**8. Occupant's Release of All Claims; Indemnification, and Hold Harmless; and No Assignment of Claims.** The Occupant, for and on behalf of themselves, and their heirs, executors, and assigns, hereby releases and forever discharges Bank of America, N.A., and its affiliates, subsidiaries, parent company, representatives, agents, officers, directors, employees, contractors, attorneys, shareholders, investors, predecessors, successors, and assigns (the "Released Parties") from any and all claims, causes of action, whether administrative or judicial, losses, costs, expenses, liabilities, penalties, fines, compensation, fees, loss of profits, and damages, of any kind whatsoever, whether known or unknown, fixed or contingent, joint or several, or in law or in equity that the Occupant may have had or may now have arising out of or in any way related to a loan serviced by Bank of America, N.A. , the Property, any personal property that is or was located at the Property, any foreclosure sale or eviction action involving the Property, and/or any transaction or agreement between or among the Occupant and Bank of America, N.A. prior to the date of this Agreement ("Claims").  The Occupant, for and on behalf of themselves, and their heirs, executors, and assigns, also hereby agrees to defend, indemnify and hold the Released Parties harmless from Claims brought or made by any third party.  The Occupant hereby warrants and represents that they have made no assignment, voluntary or involuntary, of all or any part of Claims to any other person or entity. The Occupant hereby expressly waives any and all rights under Section 1542 of the Civil Code of the State of California, if applicable, and any similar provision of any applicable Laws in any jurisdiction.  Section 1542 provides as follows:

"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

The Occupant acknowledges that the Occupant may later discover facts different from, or in addition to, those which the Occupant now knows or believes to be true with respect to the Claims released, and the Occupant agrees that this release shall remain valid notwithstanding such different or additional facts.

**9. Personal Property.**  The Occupant hereby acknowledges and agrees that as of the Move Out Date a) the Occupant relinquishes any and all rights, title, and interests in any personal property remaining at the Property, b) such personal property is not wanted by the Occupant and shall be considered abandoned, and c) Bank of America, N.A. may in its complete and sole discretion keep, remove, or dispose of such personal property.

**10. Voluntary Release; No Other Inducements.** The Occupant agrees that the Occupant has: a) freely and voluntarily signed and agreed to this Agreement; b) not been given and not relied on any inducements or promises other than those contained herein; c) had the opportunity to confer with independent counsel before signing this Agreement; d) read, knows and completely understands the terms of this Agreement; and e) full competence under the Laws to sign and agree to the terms of this Agreement.

**11. Entire Agreement; Governing Law.** This Agreement contains the entire agreement of the parties hereto with regard to the subject matter herein.  This Agreement shall be interpreted, enforced, and governed by the Laws where the Property is located.

Occupant Initials _____, _____

Last updated 9/20/11

**12. Amendments; Waivers.** This Agreement may only be modified by a written instrument signed by the Occupant and an officer of Bank of America, N.A. The granting of a waiver by Bank of America, N.A. of any breach of this Agreement shall not operate or be construed as a waiver of any other or subsequent breach. Any delay on the part of Bank of America, N.A. in exercising any right or remedy under this Agreement shall not operate as a waiver of any such right or remedy. No course of dealing between the parties shall operate as a waiver of any provision of this Agreement.

**13. Counterparts; and Facsimile Signatures.** This Agreement may be executed in counterparts, and by facsimile signature. A signed facsimile or photocopy of this Agreement shall be treated as an original, and shall be deemed to be as binding, valid, genuine, and authentic as an originally signed agreement for all purposes, including all matters of evidence and the "best evidence" rule.

**14. Survival.** Wherever possible, each provision of this Agreement shall be interpreted in such a manner as to be valid under applicable Laws, but if any provision of this Agreement shall be held to be invalid or prohibited by applicable Laws such provision shall be ineffective to the extent of such prohibition without invalidating the remainder of such provision or the remaining provisions of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

**Occupant:**

PRINT name of Occupant #1

SIGNATURE of Occupant #1

CONTACT #

PRINT name of Occupant #2

SIGNATURE of Occupant #2

PRINT name of Occupant #3

SIGNATURE of Occupant #3

PRINT name of Occupant #4

SIGNATURE of Occupant #4

***Any questions please contact Customer Service at 1-866-781-0029***

SEND COMPLETED FORMS TO:

Fax:   1.866.504.0940

Mail To:   Bank of America – REO Pre-Marketing
TX2-983-03-05
2375 N. Glenville Drive
Richardson, TX 75082

Occupant Initials _____, _____

# Personal Property Release

I, _____ , am the former occupant at real property

commonly described as _____

in the City of _____, County of _____,

State of _____ ("Property").

I hereby relinquish any and all interest in the personal belongings left at this property and understand that said personal belongings are now considered abandoned.  I am aware that any personal property left after midnight on _____ will be disposed of at the broker's discretion.

Signed this _____ day of _____ 2012.

_____
SIGNATURE of Occupant #1

_____
PRINT name of Occupant #1

_____
SIGNATURE of Occupant #2

_____
PRINT name of Occupant #2

Last updated 10/5/05

**Form W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

REO# _____

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

**MUST USE A FORWARDING ADDRESS OTHER THAN YOUR CURRENT ADDRESS OR
THE CASH FOR KEYS PAPERWORK WILL BE DELAYED FOR PROCESSING**

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

**Part I** **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line
to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a
resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other
entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a
TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose
number to enter.

Social security number

Employer identification number

**Part II** **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue
Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am
no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding
because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage
interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and
generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the
instructions on page 4.

**Sign
Here**
Signature of
U.S. person ▶

Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise
noted.

## Purpose of Form

A person who is required to file an information return with the IRS must
obtain your correct taxpayer identification number (TIN) to report, for
example, income paid to you, real estate transactions, mortgage interest
you paid, acquisition or abandonment of secured property, cancellation
of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident
alien), to provide your correct TIN to the person requesting it (the
requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a
number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt
payee. If applicable, you are also certifying that as a U.S. person, your
allocable share of any partnership income from a U.S. trade or business
is not subject to the withholding tax on foreign partners' share of
effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request
your TIN, you must use the requester's form if it is substantially similar
to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are
considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or
organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or
business in the United States are generally required to pay a withholding
tax on any foreign partners' share of income from such business.
Further, in certain cases where a Form W-9 has not been received, a
partnership is required to presume that a partner is a foreign person,
and pay the withholding tax. Therefore, if you are a U.S. person that is a
partner in a partnership conducting a trade or business in the United
States, provide Form W-9 to the partnership to establish your U.S.
status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

# Relocation Assistance
## Occupant Checklist

Please follow the instructions in this checklist to verify you have completed all required documentation and necessary steps to expedite the Relocation Assistance process.

Before faxing or mailing in your Relocation Assistance paperwork, review the paperwork and ensure the following information is complete:

## Move-Out Agreement (MOA)

☐ **Verify that all three pages are initialed**
Ensure all occupants initial the bottom section of each page.

☐ **Print and sign Page 3**
Page 3 must have a printed and signed name for *each* adult occupant residing in the property.

## Personal Property Release (PPR)

☐ **All the blanks are completed appropriately with the following information:**
- ✓ Printed name(s) of the occupant(s)
- ✓ Property address
- ✓ Move-out date
- ✓ Date form was signed
- ✓ Signature(s) of occupant(s)

## Form W-9

☐ **Only one occupant name is provided on the W-9. ***NOTE: If more than one occupant should be named on the relocation assistance check, each occupant will need to submit a separate W9. (Only one Form W-9 has been provided in the packet). Business names are NOT permitted.**

☐ **The "Individual" selection is checked.**

☐ **Provide a forwarding address on the W-9. ***NOTE: You are REQUIRED to provide an address other than the property address. The property address for the relocation offer is NOT acceptable.**

☐ **Sign and date the W-9.**

## SCRA Waiver

☐ **All the blanks are completed appropriately with the following information:**
- ✓ Name
- ✓ Correct selection of SCRA protection (whether self or dependent of servicemember)
- ✓ Property address
- ✓ Account number, if applicable
- ✓ Printed name, signature and date
- ✓ Notarized Section is filled out and stamped by a notary public

# Relocation Assistance
## Occupant Checklist

### Submitting a COMPLETED Relocation Assistance Packet

☐ **Return all completed documents within five days of receiving the Relocation Assistance offer/packet from the agent.**

***NOTE:** Please be advised that if any of the information listed above is not completed accurately or if any alterations are made to the Move-Out Agreement, the paperwork will be rejected and the agent will ask you to resubmit your paperwork.*

### Completing the Check Acknowledgment Form

After the final walk-through has been completed by you [the occupant] and the agent, you will complete a **Check Acknowledgment Form** together with the agent; which will be provided to you by the agent to confirm the exchange of the relocation check. Please complete the Occupant portion of the acknowledgment as follows:

☐ ***Each* occupant must complete the Check Acknowledgment Form with the following information:**
  - ✓ Printed name
  - ✓ Signature
  - ✓ Contact phone number
  - ✓ Initialed bottom of Page 4
  - ✓ **Date** check is exchanged *** NOTE: It is IMPERATIVE that you write in the DATE that the relocation check is exchanged.

☐ **Verify that the relocation check number and amount is written in the appropriate blanks at the top of form.**

### Questions

Please contact the assigned real estate agent or call Customer Care at **1.866.781.0029**. If you were assigned a Customer Relationship Manager (CRM) previously, feel free to contact that person with any questions.

# NORTH AMERICAN
## REAL ESTATE

***RE: 19165 Midway, Southfield***

Enclosed is a Relocation Assistance offer from the Bank who holds your mortgage.

## The Bank is offering you $4,333.00 in relocation assistance.

Please review the offer, terms, and respond to us NO LATER THAN 4:00pm, Wednesday, May 22, 2012

Failure to respond within allotted time will be viewed as a rejection of the bank's Relocation offer.

Kind Regards

Anthony Cartwright

Michelle Girard

248-352-1335

**NORTH AMERICAN REAL ESTATE**
**24450 Evergreen  suite 104**
**Southfield, MI  48075**

*248-352-1335office*          *248-497-9281office*     •          *248-208-0315fax*

UNITED STATES POSTAL SERVICE®

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail

From: MR. A.L. FOSTER III
P.O. BOX 35322
DETROIT, MI 48235

To: U.S. COURT OF APPEALS
100 E. FIFTH STREET ROOM 540
CINCINNATI, OHIO 45202-

U.S. POSTAGE PAID DETROIT.MI 48233 JUN 22.12 AMOUNT **$1.15** 00045319-24

UNITED STATES POSTAL SERVICE 1000

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

UNITED STATES POSTAL SERVICE®

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail

From: MR. A.L. FOSTER III
P.O. BOX 35322
DETROIT, MI 48235

To: WELLS FARGO BANK, N.A.
5401 N. BEACH ST-STOP FW
FORTH WORTH, TX 76137-2

U.S. POSTAGE PAID DETROIT.MI 48233 JUN 22.12 AMOUNT **$1.15** 00045319-24

UNITED STATES POSTAL SERVICE 1000

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

UNITED STATES POSTAL SERVICE®

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail

From: MR. A.L. FOSTER III
P.O. BOX 35322
DETROIT, MICH 48235

To: DONALD J. KING
TROTT & TROTT, P.C.
31440 NORTHWESTERN High
FARMINGTON Hills, MI 48334

U.S. POSTAGE PAID DETROIT.MI 48233 JUN 22.12 AMOUNT **$1.15** 00045319-24

UNITED STATES POSTAL SERVICE 1000

PS Form **3817**, April 2007 PSN 7530-02-000-9065

**STATE OF MICHIGAN JUDICIAL MICHIGAN**
**46Th District Court**
**26000 Evergreen Road, Southfield, Michigan 48076-4453**

WELLS FARGON BAK, N.A. on behalf of the CERTIFICAATEHOLDERS
PARK PLACE SECURITIES, INC., ASSET-BACKED PASS-THROGH
CERTIFICATES SERIES 2005-WCWI
5401 N. Beach ST STOP FWTX-828, FORT WORTH, TX 76137-2733

DON J. KING P55358                    Case No. LT - 12 – ~~21~~-2860
TROTT & TROTT, P.C.                   *Judge Moiseev*
31440 Northwest Highway, St- 200
Farmington Hill, Michigan 48334
248-723-6452

    Plaintiffs

        Vs

ARZEL L. FOSTER 111
P.O. Box 35322
Detroit, Michigan 48235-0322
Mailing Address

    Defendants

<u>**MOTION TO VACATE AND DISMISS TO EVICT MCR 2.116**</u>

| STATE OF MICHIGAN 46th District Court | NOTICE OF HEARING | Case No. LT-12-2860 |
|---|---|---|

26000 Evergreen Road, Southfield, MI 48076

Civil Division 248.796.5870

**Plaintiff Name(s)**
Wells Fangon Bak, N.A.

**Plaintiff Attorney, Bar #, Address, Phone**
Wells Fangon Bak, N.A. of
the Centificate Holdens Bak
Hace securities Ine
# Don J. King -#55358
Tnott & Tnott, P.C.
31440 Nonthwest Hwy, St-200
Fanmington Hill, MI 4F334

**Defendant Name(s)**
Anzel L. Foster III

**Defendant Attorney, Bar #, Address, Phone**
P.O. Box 35322
Detroit, Michigan 48235

## NOTICE OF HEARING

1. Motion Title: MOTION TO VACATE MCR. 2116. WE ARE IN U.S. COUNT OF APP ON THIS MATTER

2. Moving Party: A. L. Foster III

3. This matter is scheduled for hearing on:

Date: July 12   Time: 8:30   am/pm   Judge: Moiseev

at the 46th District Court, courtroom # 42 .

6/11/2012
Date

Signature Mr. A. L. Foster III

**F I L E D** JUN 1 1 2012   Proof of Mailing

On June 16, 2012 I sent by first class mail a copy of MOTION & NOTICE OF HEARING

To Wells Fangon Bak, N.A. 5401 N. Beach St-Stop FWTX-828
FORTH WORTH, TX 76137-273

# Don J. King
Tnott & Tnott, P.C.
31440 Nonthwest Hwy-St-200
Fanmington Hill, MI 48334

Signature Mr. A. L. Foster III

Mr. A. L. Foster III
Name

# STATE OF MICHIGAN JUDICIAL MICHIGAN
## 46Th District Court
### 26000 Evergreen Road, Southfield, Michigan 48076-4453

WELLS FARGON BAK, N.A. on behalf of the CERTIFICAATEHOLDERS
PARK PLACE SECURITIES, INC., ASSET-BACKED PASS-THROGH
CERTIFICATES SERIES 2005-WCWI
5401 N. Beach ST STOP FWTX-828, FORT WORTH, TX 76137-2733

DON J. KING P55358                           Case No. LT - 12 – 261-2860
TROTT & TROTT, P.C.                           *JUDGE MOISEEV*
31440 Northwest Highway, St- 200
Farmington Hill, Michigan 48334
248-723-6452

      Plaintiffs

         Vs

ARZEL L. FOSTER 111
P.O. Box 35322
Detroit, Michigan 48235-0322
Mailing Address

      Defendants

## <u>MOTION TO VACATE AND DISMISS TO EVICT MCR 2.116</u>

| STATE OF MICHIGAN<br>46TH DISTRICT COURT | MOTION, AFFIDAVIT AND ORDER<br>TO SET ASIDE DEFAULT | CASE NO.<br>LT-12-2860 |
|---|---|---|

26000 Evergreen Road, Southfield, MI 48076                          Telephone No. 248-354-9370

**Plaintiff** WELLS FARGON BANK, N.A. ON BEHALF OF THE CERTIFICATE HOLDERS
PARK PLACE SECURITIES, INC.

**Plaintiff attorney, bar no., address and telephone no.**
DONALD J. KING (P55358)
TROTT TROTT, P.C.
31440 NORTHWESTERN HIGHWAY, ST-200
FARMINGTON HILLS, MICHIGAN 48334-2525

**Defendant name(s), address(s) and telephone no(s).**
ARZEL L. FOSTER III              MAILING ADDRESS
19165 MIDWAY RD                  P.O. BOX 35322
SOUTHFIELD, MI 48075             DETROIT, MI 48235-0322

**MOTION** The Defendant moves to set aside the default judgment in this action.

6/21/2012 _____          _____ Mr. A L Foster III _____
Date                                              Defendant

**AFFIDAVIT** The Defendant has personal knowledge of the facts appearing below:

1.      I did not appear or did not answer the complaint because:


2.      I have a good defense to the complaint. It is: DEFENDANT STILL HAVE IN COURT
U.S. APPEAL COURT 100 E. FIFTH STREET, ROOM540 CINN, OHIO
CASE 10-1851 MRS. LOUISE SCHWARBER 513-564-7015
                                                      MY CASE MANAGER
I declare that the statements above are true to the best of my information, knowledge and belief.

6/21/2012 _____          _____ Mr. A L Foster III _____
Date                                              Defendant

**NOTICE OF HEARING** This hearing will be heard on _____ at _____ am/pm,
                                                                    Date                              Time
at the Court address above, Courtroom _____.

_____          _____
Date                                              Deputy Court Clerk

**ORDER** IT IS ORDERED that the motion to set default aside is ☐ denied ☐ granted.

Costs of $_____ must be paid by _____. Defendant shall file an answer within _____ days.

_____          _____
Date                                              Hon.

| STATE OF MICHIGAN JUDICIAL DISTRICT 46th DC Sfld | JUDGMENT LANDLORD - TENANT | CASE NO. LT 12 2860 |
|---|---|---|

**Court address**
26000 Evergreen Rd, Southfield, MI 48076-4453

Court telephone no.
248.796.5870

| Plaintiff
Wells Fargon Bak, N.A. on behalf of the Certificateholders Park Place Securities, Inc. | v | Defendant
Arzel L Foster III and all other occupants |
|---|---|---|

Donald J King P55358
Trott & Trott, P.C.
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
248.723.6452

Plaintiff/Attorney       ☐ Personal service

Arzel L Foster III and all other occupants
19165 Midway Rd
Southfield, MI 48075-7147
T&T #092250E04

Defendant/Attorney       ☐ Personal service

**THE COURT FINDS:**

by   ☐ hearing   ☒ default*   ☐ consent**

*For a defendant on active military duty, default judgment shall not be entered except as provided by the Servicemembers Civil Relief Act.

**POSSESSION JUDGMENT**

☒ 1. The plaintiff has a right to possession.

☐ 2. There is now due to plaintiff:
   a. Rent to retain possession $ ~~____~~
   b. Costs ............................. $ ~~____~~
   c. Total ............................. $ ~~____~~

☐ 3. The defendant has a right to possession.

**TO THE DEFENDANT:**

4. ☐ a. An order evicting you will be issued unless you pay the plaintiff or court the amount due in item 2c above or unless you move out on or before _____ 26
   Date

   **OR**

   ☒ b. An order evicting you will be issued on or after _June 25 2012_ unless you move.
   Date

☒ 5. You may be liable for money damages after you move if additional rent is owed or if there is damage to the property.

☐ 6. Acceptance of partial payment of the total amount due in item 2c above ☐ will ☐ will not prevent an order evicting you from being issued.

☒ 7. No money judgment is entered at this time.

**MONEY JUDGMENT**

☐ 8. A possession judgment was previously entered.
☐ 9. A money judgment is entered as follows:

a. Damages $ ~~____~~
b. Costs    $ ~~____~~
c. Total    $ ~~____~~

This judgment will earn interest at statutory rates.

**10. FURTHER ORDERS:** _____

**11. YOU ARE ADVISED** that you may file a motion for a new trial, a motion to set aside a default judgment, or an appeal and appeal bond. This must comply with all court rules and must be filed in court by _June 25, 2012_
Date
You may want legal help.

☐ 12. MCR 4.201(I) was explained to parties.

6-15-12
Date

_____
Judge                HON. SUSAN M. MOISEEV

Bar no.

**CERTIFICATE OF MAILING:** I certify that on this date I served a copy of this judgment on the parties or their attorneys by first-class mail addressed to their last known addresses as defined in MCR 2.107(C)(3).

6/15/12
Date       Deputy clerk

**Approved** 6/15/12
Date       Plaintiff/Attorney

Date       Defendant/Attorney

DC 105 (3/08) JUDGMENT, LANDLORD-TENANT       Defendant

MCR 4.201(K)(1)(d), 50 USC 521

| STATE OF MICHIGAN JUDICIAL DISTRICT 46th DC Sfld | **SUMMONS** Landlord-Tenant / Land Contract | CA |
|---|---|---|
| | | LT 12 228 |

Court address
26000 Evergreen Rd, Southfield, MI 48076-4453

| Plaintiff's name, address, and telephone no. | Plaintiff's attorney, bar no., address and |
|---|---|
| Wells Fargon Bak, N.A. on behalf of the Certificateholders Park Place Securities, Inc. | Donald J King P55358 Trott & Trott, P.C. 31440 Northwestern Highway, Farmington Hills, MI 48334-252 248.723.6452 |

v

| Defendant's name, address, and telephone no. |
|---|
| Arzel L Foster III and all other occupants 19165 Midway Rd Southfield, MI 48075-7147 T&T #092250E04 |
| Property situated in City of Southfield |

If you require special accommodations t
because of a disability or if you require a
interpreter to help you fully participate in c
please contact the court immediately to ma

☐ Rental unit eviction

☐ Land contract forfeiture

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. The plaintiff has filed a complaint against you and wants
   ☐ to recover possession, after land contr
   ☐ a money judgment for
   ☒ to evict you from

Address or description of premises
19165 Midway Rd
Southfield, MI 48075-7147

2. You are summoned to be in the district court on FRIDAY, JUNE 15, 2012 at
   Day and date

   ☒ at the address above, ☐ HON. SUSAN M. MOISEEV courtroom
   Location

3. You have the right to a jury trial. If you do not demand a jury trial and pay the required jury fee in your first defe
   you will lose this right.

4. If you are in district court on time, you will have an opportunity to give the reasons why you feel you should not
   Bring witnesses, receipts, and other necessary papers with you.

5. If you are not in district court on time, you may be evicted without a trial and a money judgment may be entered

MAY 30, 2012      DONNA STANDET
Date issued            Court clerk

This document must be seale

## HOW TO GET LEGAL HELP

1. You have the right to an attorney to assist you in answering the complaint filed in this case and in preparing defe

2. If you do not have an attorney but have money to retain one, you may locate an attorney through the State Bar o
   Lawyer Referral Service at 1-800-968-0738 or through a local lawyer referral service. Lawyer referral services sh
   in the yellow pages of your telephone directory or you can find a local lawyer referral service at www.michbar.org

3. If you do not have an attorney and cannot pay for legal help, you may qualify for assistance through a local legal
   aid offices should be listed in the yellow pages of your telephone directory or you can find a local legal aid office
   www.michiganlegalaid.org. If you do not have Internet access at home, you can access the Internet at your local

4. If you require special accommodations to use the court because of a disability or if you require a foreign languag
   to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

DC 104 (3/08)    **SUMMONS, LANDLORD-TENANT / LAND CONTRACT**    *Mailing*        MCR 2.102, MCR 4.20

# EXHIBTS 1V

Mortgage note from WELLS FARGON BAK N.A. on behalf of the certificate holders

Park Place Securities, Inc. Asset-Back Pass- Through Certificates Series 2005-WCWI


Or WELLS FARGO Bank, N.A. Defendants been change name in court on foreclosure

From State court not having the right form for Summons for Landlord-tenant/ Land

Contract in State court that do not have jurisdiction over this case and file the wrong

form for and file driffent name with court.

17

# STATE OF MICHIGAN JUDICIAL COURT

## 46th District Court
### 26000 Evergreen Road, Southfield, Michigan 48076-4453

Case No. LT- 12-2860

Judge Hon. Susan M. Moiseev

**WELLS FARGON BAK, N.A. on behalf of the Certificate holders
Park Place Securities, Inc.**

**Donald J. King P55358
Trott & Trott, P.C.
31440 Northwestern Highways, Suite 200
Farmington Hills, Michigan 48334-2525
248-723-6452**
                                    **Plaintiff**

**V.**

**Arzel L. Foster 111
19165 Midway Rd
Southfield, Michigan 48075**

**Mailing Address
P.O. Box 35322
Detroit, Michigan 48235**

## MOTION TO SET ASIDE DEFAULT JUDGEMENT

Defendant move an request this court to set aside and or dismiss said wrongful default

action that was taken June 15, 2012 in this court room by Judge Moiseev. (1) This was

set for hearing and reschedule by Judge Moiseev head clerk on June 11, 2012 for July 12,

2012, and defendant stated at that time on the phone with Judge Moiseev clerk and stated

1

Wrongful foreclosure and TCPA claim willfully engaged in unfair and deceptive trade practices by falling to exercise due care to remedy defect to title or help defendant in State court action and plaintiff-Appellant in federal Court and U.S. Court of Appeal action.. did not inform appellant that they had the mortgage or it was transfer by other servicer or bank. Nonwillfull violated of 1681s-2(a) only government entities may enforce the duty to provide accurate information to credit reporting agencies. 15 U.S.C. 7 1681s-2 (a o; Bach v. First Union nat'l bank, 149 fed App' x 354, 358-59 (6th Cir. 2005); Girgls v. Country Wide Home Loan, Inc. 733 F. Supp. 2nd 835 (N.D. Ohio 2010. Violation of Michigan Foreclosure Law, M.C.L. && 445.1672 and 445.1673, Violation of M.C.L. 445.901 et Esq., (Court 1

Defendant in this State action and the Plaintiff-Appellant in the Federal Court and U.S. Court of Appeal send 2010. Defendant –Plaintiff-Appellant have requested that United State Attorney Office in Washington D.C in criminal investigated unit, Michigan Attorney Office of criminal investigated unit, The United State Justice Dept criminal investigate unit, Internal Revenue Service I have investigated on going about property, State of Michigan Judicial Tenure Commission, and send Wells Fargon Bak , N.A. on behalf of the Certificate holders park place Securities, Inc. , Defendant-Plaintiff-Appellant also requested other to get involve because this is a act (RICO) case.

3

# FACT

U.S.C. 28 1367. (b). In any civil action of which the district court have original jurisdiction founded solely on section 1332 of this title, the district courts shall not have supplemental jurisdiction under subsection (a) over claim by defendant-plaintiff-appellant against person made parties under Rule 14, 19, 20, or 24 of the Federal Rule of Civil Procedure, or over claim by persons proposed to be joined as defendant-plaintiff-appellant under Rule 19 of such rules, or seeking to intervene as defendant-plaintiff-appellant under Rule 24 of such rules, when exercising supplement jurisdiction over such claim would be inconsistent with the jurisdictional requirements section 1332.

(EXIBIT 1) Court entry a Default Judgment on said Defendant wait still in a high court U.S. Court of Appeal in Cincinnati, Ohio

(EXIBIT 11) Judge Moiseev head reset hearing date on June 11, 2012 for July 12, 2012

(EXIBIT 111) This court does not have jurisdictional over this case as outline in case law.

(EXIBIT 1V) Mail from Plaintiff in State court was delivered in mail box at 19165 Midway Rd in Southfield, Michigan on June 21, 2012 when State court defendant call State court clerk at 46th district court and explain the problem to her, and she stated bring court case number or motion, so defendant-plaintiff-appellant is did both. Letter from court and from post office is stamp and this letter was not, so state court Plaintiff is playing game which the system on given late MAIL BY HOLDING ON TO IT this case

4

was hear on June 15, 2012 by said JUDGE Moisvee.  Even from the Federal district court

and U.S. Court of Appeal all mail is stamp the date of receive it.

Acknowledgement of Notary

On this day June 23, 2012 before me personally Arzel L. Foster 111 personal know
to me ( or proved to me on this of satisfactory evidence of identification) to be the person whose
name is subscribed to within instrument and acknowledge to me that he executed the same in his
authorized capacity and by his signature on the instrument, the person executing and signing the
instrument.

Witnessed, my hand and official seal.

_____
Notary Signature

5

## NOTICE OF MAILING

I hereby certify on this day June 22, 2012 sent U.S. regular or certify registered mail filed the forgoing papers with the Clerk of 46th District court using personal service by Ms. Cook, which will send such notification of such filing to all counsel of record.

**United States Court Of Appeals**
100 E.Fifth Street, Room 540
Potter Stewart U.S. Courthouse
CINNCINNATI, Ohio 45202-3988

Donald J. King (P55358)
Trott & Trott, P.C.
31440 Northwestern Highways, St-200
Farmington Hills, Michigan 48334-2525
248-723-6452

Wells Fargon Bak, N.A. of Certificate holders Park Place Securities, Inc Asset-Backed Pass-Through Certificates Series 2005 WCWI
5401 N. Beach St- Stop FWTX-828, Fort Worth, TX 76137-2733

Ms. Michelle T. Thomas
Bodman LLC
1901 Street Antoine St
Sixth Floor
Detroit, Michigan 48226 who handled the cases in Federal District Court and U.S.Court of Appeals

Arzel L. Foster 111

6

# CIVIL COVER SHEET

County in which action arose: *OAKLAND County*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

*ARZEL L. FOSTER III*
*WAYNE County*

**(b)** County of Residence of First Listed Plaintiff *Oakland County*
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
*PRO-SE FORMA PAUPERIS*

## DEFENDANTS

*WELLS FARGO BANK, N.A.*
*ON BEHALF OF THE CERTIFICATE HOLDERS PARK SECURITIES, INC ASSET BACKED PASS-THROUGH*

County of Residence of First Listed Defendant *FORT WORTH, TX*
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES...

Attorneys (If...)

Case: 2:12-cv-12776
Judge: Steeh, George Caram
MJ: Michelson, Laurie J.
Filed: 06-25-2012 At 12:38 PM
CMP ARZEL L. FOSTER III V WELLS FARGON BAK, ET AL (LG)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP (For Diversity Cases ... and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation ? | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

PERSONAL INJURY
- [ ] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [X] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
  Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**IMMIGRATION**
- [X] 462 Naturalization Application
- [ ] 463 Habeas Corpus - Alien Detainee
- [ ] 465 Other Immigration Actions

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [X] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [X] 470 Racketeer Influenced and Corrupt Organizations
- [X] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [X] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: *EMERGENCY MOTION TO VACATE AND DISMISS TO EVICT STAY*

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ *12 million*

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ___ DOCKET NUMBER ___

DATE *6/25/2012*

SIGNATURE OF ATTORNEY OF RECORD *Arzel L. Foster III*

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

PURSUANT TO LOCAL RULE 83.11

1.   Is this a case that has been previously dismissed?          ☒ Yes
                                                                  ☒ No

If yes, give the following information:

Court: _U.S. FEDERAL DISTRICT COURT (NEW CASE FILING WITH NEW AND ADDITION PLAYER_

Case No.: _2.07-CV-1120_

Judge: _BORMAN_

2.   Other than stated above, are there any pending or previously
     discontinued or dismissed companion cases in this or any other
     court, including state court? (Companion cases are matters in which
     it appears substantially similar evidence will be offered or the same
     or related parties are present and the cases arise out of the same
     transaction or occurrence.)                                  ☒ Yes
                                                                   ☐ No

NEW CASE FILE IN 46TH DISTRICT COURT,!

If yes, give the following information:

Court: _46TH DISTRICT STATE COURT SOME OF THE PARTIES ARE WRITER LT-12-2860 NEW CASES OLD CASE LT-07-1097._

Case No.: _OLD CASE NEW PLAYER 2.07-CV-1120 SUSAN M. MOISEEV_

Judge: _THE IN SAY COURT IS MAKING ME $3,200 °°/100 ONE MONTH NOTES BEFORE I CAN FILE MY MOTION. AND EXPLAIN THAT WE HAVE AN_

Notes : _ACT. CASE U.S. COURT APPEAL CASE 10-1861_

THIS COURT 46TH LET TROTT TROTT, P.C. FILE A NEW CASE
DONALD J. KING. AND NOT SENDING ME MY PAPER WORK, IN
MAIL ON. FILE OF MOTION THAT STARTED THIS NEW CASE ON
MAY 30, 2012. MOVING TO EVICT MR. FOSTER IF I. HE DON'T
PAY $3,200 °°/100 BY 6/25/2012 BY 4:00 PM. WILL MOVE
MR. FOSTER III OUT ON 6/26/2012. AND JUST PUT MY
PAPER WORK IN THE MAIL ON THURSDAY OF LAST WEEKS.
AND WOULD NOT CALL U.S. COURT APPEAL TO SEE, IF HAVE A
CASE UP IN 6TH COURT OF APPEAL. THE 46TH COURT DO NOT
HAVE JURISDICTION ON VENUS.